REUDEBUSCH and others, Respondents, vs. CITY OF BEAVER DAM, Appellant.

*September 15—October 13, 1931.*

*James F. Malone* of Beaver Dam, for the appellant.
*William N. Powers* of Madison, for the respondents.

FAIRCHILD, J.   This case arises out of facts similar to those considered in the petition of *Christoph v. City of Chilton, ante,* p. 418, 237 N. W. 134, and is ruled by the decision there made, wherein it was held that the section above referred to is unconstitutional, void, and of no effect.

*By the Court.*—The judgment of the circuit court for Dodge county is reversed, with directions to dismiss the petition.

OWEN, FRITZ, and WICKHEM, JJ., dissent.